UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In the Matter of:

    RODNEY LEE STONE          Chapter 13
    AND
    CARRIE CHRISTINE STONE    Case No. 16-12273-KHK
                Debtors

### AMENDED ORDER CONFIRMING MODIFIED PLAN

    The Modified Chapter 13 Plan filed by Rodney Lee Stone and Carrie Christine Stone on October 19, 2016, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

**Amended Order Confirming Modified Plan**
Rodney Lee Stone and Carrie Christine Stone
**Case #16-12273-KHK**

      (3)      Beginning on July 30, 2016, the Debtors have paid to date the total amount of $45,676.00 and beginning on June 30, 2018 and each month thereafter until further order of this Court, the Debtors shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $2,005.00 per month for 1 month, then $2,244.02 per month for 36 months in order to pay all creditors back at 100% of all allowed claims. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

      (4)      The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

      (5)      Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty (60) days from the date of the entry of this Order.

Dated: Jun 25 2018

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: June 25, 2018

2

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Seen and Agreed:

/s/ John C. Morgan, Jr._____
John C. Morgan, Jr., Esquire
Attorney for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Ste. 10
Warrenton, VA 20186


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Amended Order Confirming Modified Plan**
Rodney Lee Stone and Carrie Christine Stone
**Case #16-12273-KHK**

**PARTIES TO RECEIVE COPIES**

Rodney Lee Stone
Carrie Christine Stone
Chapter 13 Debtors
10299 Spring Iris Drive
Bristow, VA 20136

John C. Morgan, Jr., Esquire
Attorney for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Ste. 10
Warrenton, VA 20186

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314