# UNITED STATES BANKRUPTCY COURT

## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

RODNEY LEE STONE
AND
CARRIE CHRISTINE STONE

Chapter 13

Case No. 16-12273-KHK

Debtors

## OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed January 21, 2019. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
- 100% Plan is underfunded as follows:

| | | | |
|---|---|---:|---:|
| **PERFORMANCE:** | Amount of Plan Payment | 61,145.12 | 1,555.00 |
| | Number of Months | Pd to date | 29 |
| | | 61,145.12 | 45,095.00 |
| | **Total Receipts** | | 106,240.12 |
| | **Disbursements Required:** | | |
| | Attorney | 3,550.00 | |
| | Tax | 56,448.57 | |
| | Secured – pd prior to surrendering | 22,495.41 | |
| | Unsecured | 18,993.09 | |
| | Other | | |
| | Trustee | 10,148.71 | 10% |
| | **Total Disbursement** | | 111,635.78 |

**Notice of Objection To Confirmation**
Rodney Lee Stone and Carrie Christine Stone, Case # 16-12273-KHK

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on February 28, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _February 15, 2019_____          __/s/Thomas P. Gorman _____
                                         Thomas P. Gorman
                                         Chapter 13 Trustee
                                         300 N. Washington Street, #400
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB 26421

**Notice of Objection To Confirmation**
Rodney Lee Stone and Carrie Christine Stone, Case # 16-12273-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of February, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Rodney Lee Stone | John C. Morgan, Jr., Esquire |
| Carrie Christine Stone | Attorney for Debtor |
| Chapter 13 Debtors | New Day Legal, PLLC |
| 10299 Spring Iris Drive | 98 Alexandria Pike, Ste. 10 |
| Bristow, VA 20136 | Warrenton, VA 20186 |

                                                __/s/ Thomas P. Gorman_____
                                                Thomas P. Gorman